ALBERT J. BARNES, Respondent, *v.* EUGENE B. HOWELL, as Receiver of LONG ISLAND REAL ESTATE EXCHANGE AND INVESTMENT COMPANY, Appellant, and THE PEOPLE'S TRUST COMPANY, Respondent.

*Barnes* v. *Long Island R. E. Exchange & Inv. Co.*, 107 App. Div. 623, affirmed.
(Argued October 8, 1906; decided October 23, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

September 6, 1905, which affirmed a judgment in favor of plaintiff and the defendant People's Trust Company entered upon a decision of the court on trial at Special Term in an action to obtain the cancellation of a mortgage alleged to have been paid to the mortgagee without notice of its previous assignment.

*Robert H. Wilson* for appellant.

*L. E. Warren* for plaintiff, respondent.

*George W. Wingate* for defendant, respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ. Absent: GRAY, J.